# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Assurity Life Insurance Company,

       Plaintiff,                        Civil No. 09-2942 (RHK/FLN)

vs.                                      **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Tammy Akemann, Steven LaMotte,
The Estate of Jeannie E. Ditlevson, The
Estate of Joanne M. Odette, John Doe,
Mary Roe,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 27, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge